**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

WEALTH TRANSFER GROUP, LLC,  :
a Delaware limited liability  :
company,  :
                         :
          Plaintiff,  :
                         :
v.  : Case No. 3:06CV00024(AWT)
                         :
JOHN W. ROWE,  :
                         :
          Defendant.  :

## <u>CONSENT FINAL JUDGMENT REGARDING SETTLEMENT AGREEMENT</u>

THIS CAUSE is before the court on the parties' Joint Motion for Entry of a Consent Final Judgment Regarding Settlement Agreement, and the court after reviewing the Joint Motion, and being otherwise fully advised in the premises, enters this Final Judgment by consent.

In accordance with the Settlement Agreement between the parties, the parties STIPULATE:

1. That United States Patent 6,567,790 B1 (the "'790 Patent") is presumed to be valid.

2. That there are facts from which a trier of fact could conclude that the '790 Patent is not invalid and is not unenforceable. This statement is not to be taken as an admission that the trier of fact would necessarily so conclude if the case were to be tried on the merits.

3. That Rowe is the grantor of two Grantor Retained Annuity Trusts ("GRATs") funded by nonqualified stock options having a determined value at the time the transfer was made, the value being determined by competent appraisals.

4. That Rowe does not admit liability for infringement of the '790 Patent but that both parties have agreed, in a confidential patent license and settlement agreement, to resolve their differences without the admission of liability by any party.

5. That the submission of this judgment is part of the agreement between the parties and that the findings set forth herein are agreed to and are sufficient to support factually this judgment.

NOW THEREFORE, based upon the foregoing stipulations by consent, this court hereby ORDERS and DECREES:

1. Based on the stipulated facts, United States Patent 6,567,790 B1 is adjudged to be valid and enforceable.

2. All pending claims of Wealth Transfer Group, LLC against John W. Rowe are resolved by this Consent Final Judgment, and such claims are hereby dismissed with prejudice.

3. All pending counterclaims by John W. Rowe against Wealth Transfer Group, LLC are resolved by this Consent Final Judgment and are hereby dismissed with prejudice.

4.    Each party shall bear its own attorneys' fees and costs incurred in this action, and shall otherwise comply with the terms and conditions of the confidential settlement concluded by the parties.

5.    This Consent Final Judgment concludes all proceedings between Wealth Transfer Group, LLC and John W. Rowe.

It is so ordered.

Dated this 9th day of March 2007 in Hartford, Connecticut.


                              _____
                                    /s/AWT
                              Alvin W. Thompson
                              United States District Judge